# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JEREMIAH SIDDIQUE JOHNSON EL,

               Plaintiff,                19 **CIVIL** 4352 (LGS)

        -against-                      **JUDGMENT**

NEW YORK CITY ADMINISTRATION FOR
CHILDREN'S SERVICES, et al.,

               Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2021, Defendants' motion for summary judgment is granted: accordingly, the case is closed.

**Dated:**  New York, New York
         January 28, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                           **Clerk of Court**
                                        **BY:**
                                                         _____
                                                           **Deputy Clerk**